IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CYNTHIA D COLLINS,

    Plaintiff,

v.                                               CASE NO. 4:07-cv-00548-MP-WCS

MICHAEL J ASTRUE,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 18, Report and Recommendation of the Magistrate Judge, recommending that the decision of the Commissioner to deny Plaintiff's application for Social Security benefits be affirmed. The time for filing objections has passed, and none have been filed. The Court agrees that although Plaintiff likely has a serious illness, such as lupus or fibromyalgia, none of the treating physicians opined that Plaintiff cannot do limited kinds of sedentary work. Additionally, the Court agrees the substantial evidence in the record supported the ALJ's decision to discount Claimant's subjective complaints of pain. Thus, considering the record as a whole, the findings of the Administrative Law Judge correctly followed the law and are based upon substantial evidence in the record. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein. The decision of the Commissioner, denying benefits, is affirmed.

    **DONE AND ORDERED** this  _22nd_  day of May, 2009

                                     *s/Maurice M. Paul*
                               Maurice M. Paul, Senior District Judge